IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JAQUEESHA JONES**                                                                                         **PLAINTIFF**

v.                                           **CASE NO. 4:25-CV-00820-JM**

**ENCORE PROPERTY
MANAGEMENT/EPH40,** *et al.*                                                              **DEFENDANTS**

## ORDER

Jones has not responded to the Court's November 3, 2025 Order directing her to show cause why Defendants Brian Hey and Amber Manly should not be dismissed from this case. Accordingly, for the reasons specified in that Order (Doc. 11), Defendants Hey and Manely are dismissed without prejudice.

IT IS SO ORDERED this 24th day of November, 2025.

_____
UNITED STATES DISTRICT JUDGE